### 22750. WILLIAMON *v.* THE STATE.

BROYLES, C. J. The defendant was convicted of the offense of burglary. The evidence authorized a verdict of larceny from the house, but did not authorize the verdict returned; and the refusal to grant a new trial was error. *Judgment reversed. MacIntyre and Guerry, JJ., concur.*

DECIDED JANUARY 25, 1933.

*John W. Bale,* for plaintiff in error.
*M. Neill Andrews, solicitor-general, Horace D. Shattuck,* contra.